**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
(617) 748-9057
www.ca1.uscourts.gov

## DOCKETING STATEMENT INSTRUCTIONS

1.  Counsel for appellant must file a docketing statement for every case appealed or cross appealed to the First Circuit Court of Appeals. The docketing statement must be received by the court of appeals clerk's office within fourteen days after the case is docketed to be deemed timely filed. Copies must be served on all parties to the action below and proof of service must be attached.

2.  The attorney filing the notice of appeal is responsible for filing the docketing statement, even if different counsel will handle the appeal. In the case of multiple appellants represented by separate counsel, the parties must confer and decide who will file the docketing statement. Appellants proceeding pro se may file a docketing statement, but are not required to do so.

3.  Counsel's failure to file the docketing statement within the time set forth will cause the court to initiate the process for dismissal of the appeal under 1st Cir. R. 3.0.

4.  If an opposing party concludes that the docketing statement is in any way inaccurate, incomplete or misleading, that party should file any additions or corrections to the docketing statement within fourteen days of service of the docketing statement, with copies to all other parties.

5.  You must attach to the docketing statement:

    •   Additional pages containing extended answers to questions on this form.

    •   A certificate of service for this docketing statement indicating it has been served on all parties to the action below.

# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 21-1552          **Short Title:** Sensitech, Inc. v. Alwash

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A.  Timeliness of Appeal
1.  Date of entry of judgment or order appealed from July 9, 2021_____
2.  Date this notice of appeal filed July 21, 2021_____
    If cross appeal, date first notice of appeal filed_____
3.  Filing date of any post-judgment motion filed by any party which tolls time under Fed. R.
    App. P. 4(a)(4) or 4(b)_____
4.  Date of entry of order deciding above post-judgment motion_____
5.  Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or
    4(b)_____
    Time extended to_____

B.  Finality of Order or Judgment
1.  Is the order or judgment appealed from a final decision on the merits?   ☐ Yes    ☑ No
2.  If no,
    a.  Did the district court order entry of judgment as to fewer than all claims or all parties
        pursuant to Fed. R. C. P. 54(b)?   ☐ Yes    ☑ No
        If yes, explain_____
    b.  Is the order appealed from a collateral or interlocutory order reviewable under any
        exception to the finality rule?   ☐ Yes    ☑ No
        If yes, explain_____

C.  Has this case previously been appealed?   ☑ Yes    ☐ No
    If yes, give the case name, docket number and disposition of each prior appeal
    Sensitech, Inc. v. Limestone FZE, et al, 20-1670 - appeal was voluntarily dismissed_____

D.  Are any related cases or cases raising related issues pending in this court, any district court of
    this circuit, or the Supreme Court?   ☐ Yes    ☑ No
    If yes, cite the case and manner in which it is related on a separate page.  If abeyance or
    consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?    ☑ Yes    ☐ No
    If yes, is a transcript necessary for this appeal?    ☐ Yes    ☑ No
    If yes, is transcript already on file with district court?    ☐ Yes    ☑ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1.  Adverse party Samer Alwash
    Attorney Lee Bromberg & Alexander L. Ried - McCarter & English LLP
    Address 265 Franklin St., Boston, MA 02110
    Telephone 617-449-6500

2.  Adverse party
    Attorney
    Address
    Telephone

3.  Adverse party
    Attorney
    Address
    Telephone

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1.  Appellant's name Sensitech, Inc.
    Address 800 Cummings Center, Suite 258X, Beverly, MA 01915
    Telephone 978-927-7033

    Attorney's name Shepard Davidson & Gregory Paonessa
    Firm Burns & Levinson, LLP
    Address 125 High Street
    Telephone 617-345-3000

2.  Appellant's name
    Address
    Telephone

    Attorney's name
    Firm
    Address
    Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)    ☑ Yes    ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Gregory S. Paonessa
Date  August 6, 2021